IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BEMCY, LLP,**<br>　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**GILEAD SCIENCES, INC.,**<br>　　　　　**Defendant.** | **CIVIL ACTION**<br><br><br><br><br>**NO.  21-3734** |

**O R D E R**

**AND NOW**, this 24th day of August, 2022, upon consideration of:

1. Defendant Gilead Sciences Inc.'s Motion for Summary Judgment (ECF No. 50), Plaintiff Bemcy LLP's Response thereto (ECF No. 69), Defendant's Reply (ECF No. 75); and,

2. Plaintiff Bemcy LLP's Motion for Partial Summary Judgment (ECF No. 52), Defendant Gilead Sciences Inc.'s Response thereto (ECF No. 77), Plaintiff's Reply (ECF No. 76);

**IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED** and Plaintiff's Partial Motion is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Hon. Wendy Beetlestone
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**